UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ROBERT FLORES,<br><br>    Plaintiff,<br><br>    v.<br><br>ALAMEDA COUNTY SHERIFF'S DEPARTMENT,<br><br>    Defendant. | Case No. 15-cv-03515-KAW<br><br>**ORDER VACATING 1/26/16 CASE MANAGEMENT CONFERENCE; ORDER SETTING DEADLINE TO AMEND COMPLAINT**<br><br>Re: Dkt. No. 19 |

On July 30, 2015, Plaintiff Christopher Robert Flores filed a lawsuit pursuant to 42 U.S.C. § 1983 against Defendant County of Alameda and Does 1-10, alleging that, following his arrest on or about July 6, 2015, he was transported to Santa Rita Jail, where he informed two Sheriff's Deputies that he had a seizure condition that required twice daily medication, but was told that there was no nurse on duty. Plaintiff claims that, despite making numerous requests, he was not provided anti-seizure medication until he suffered a grand mal seizure while in custody.

On December 9, 2015, the County of Alameda was dismissed with prejudice. The remaining defendants are unidentified Doe Sheriff's Deputies at Santa Rita Jail. As the remaining defendants are not identified, the Court VACATES the January 26, 2016 case management conference. Further, Plaintiff shall file an amended complaint on or before **March 25, 2016**, in which he identifies one or more Doe Defendants. Failure to amend by that date—or file an administrative motion from relief from the deadline—may result in the case being dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: January 20, 2016

_____
KANDIS A. WESTMORE
United States Magistrate Judge